IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pikula, Maria J | Case Number: 07 B 21187 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/26/08 | Filed: 11/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Avelo | Secured | 0.00 | 0.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Indymac Bank | Secured | 0.00 | 0.00 |
| 4. | Avelo | Secured | 15,438.91 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 7,500.00 | 0.00 |
| 6. | Aegis Mortgage Co | Unsecured | | No Claim Filed |
| 7. | First Security Bank | Unsecured | | No Claim Filed |
| 8. | AR Resources | Unsecured | | No Claim Filed |
| 9. | Fieldstone Mortgage Company | Unsecured | | No Claim Filed |
| 10. | Cbe Group | Unsecured | | No Claim Filed |
| 11. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 12. | Park Dansan | Unsecured | | No Claim Filed |
| 13. | Indymac Bank | Unsecured | | No Claim Filed |
| 14. | West Asset Management | Unsecured | | No Claim Filed |
| 15. | Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,938.91 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Pikula, Maria J

Printed:  2/26/08

Case Number:  07 B 21187
Judge:  Wedoff, Eugene R
Filed:  11/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

